STATE EX REL. BARNES *v.* SUPERIOR COURT OF MARION COUNTY, ETC. ET AL.

[No. 29,641. Filed April 17, 1958.]

*T. Ernest Maholm,* of Indianapolis, for relator.

PER CURIAM.—Heretofore, we issued an alternative writ of mandamus directed to Respondents, returnable April 4, 1958. This was a determination by this court that Petitioner had made a prima facie case on the law and on the fact for the issuance of said writ. Respondents have not filed any Return pursuant to Rule 2-36. No cause has been shown why the prima facie case should not prevail. *State ex rel. Gary Rys. Inc.* v. *Roszkowski* (1953), 231 Ind. 669, 110 N. E. 2d 746; *State ex rel. Indiana Toll Road Comm.* v. *St. Joseph Superior Court No. 2* (1954), 233 Ind. 47, 116 N. E. 2d 514; *State ex rel. Joint Co. Park Bd.* v. *Verbarg* (1950), 228 Ind. 280, 91 N. E. 2d 916.

The alternative writ of mandamus is now made absolute.

NOTE.—Reported in 149 N. E. 2d 541.